GUADALUPE BULATAO *v.* KAUAI MOTORS, LTD.

No. 4392.

DECEMBER 6, 1965.

TSUKIYAMA, C.J., CASSIDY, WIRTZ,
LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Helen B. Ryan* and *Bruce M. Clark* (*Clark & Corey* of counsel) for the petition.